# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1198

_____

| | | |
|---|---|---|
| Gary L. Dewey, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Continental Casualty Company; | * | District Court for the |
| Continental Assurance Company, also | * | Western District of Arkansas. |
| known as CNA Insurance Company; | * | |
| Baxter Healthcare Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: March 5, 1999
Filed: March 10, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Gary L. Dewey appeals from the district court's[1] order upholding the denial of continued disability benefits under a long-term disability plan sponsored by his former employer. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the district court properly upheld the denial of disability

_____

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

benefits.  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.